05-1424

PD

RECEIVED MAR 28 2005

FILED APR 15 2005 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## I. CAPTION

DAVID Brown
(Enter the full name of the plaintiff or plaintiffs)

v.

Philadelphia Police Department 6th District,
Det. James Seymour, Badge # 750 62
⊕ Police officer MARIANO # 6458
(Enter the full name of the defendant or defendants)

## II. PARTIES

a. Plaintiff

Full name: DAVID J BROWN
Prison identification number: FT0303 SCI Albion
Place of present confinement: 10745, Route 18
Address: Albion, Pa 16475-0002

Place of confinement at time of incidents or conditions alleged in complaint, including address: _____

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: ⊕ Police officer Maiorano # 6458 Badge OK
   Place of employment and section or unit: Phila Police Dept. (Patrol)

2. Full name including title: Detective James Seymour # Badge 75062 OK
   Place of employment and section or unit: Phila Police Dept. Detective Div.

3. Full name including title: _____
   Place of employment and section or unit: _____

4. Full name including title: _____
   Place of employment and section or unit: _____

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

## III. PREVIOUS LAWSUITS

*Instructions:*

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have **not** filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs ~~David Brown~~ None

Defendants _____ None _____

Issues: _____ None _____

_____

Court: if federal, which district? ____ None ____

if state, which county? _____

Docket number: __N/A__   Date filed: __NA__

Name of presiding judge: ____ N/A ____

Disposition: (check correct answer(s)); Date: _____

Dismissed ___ Reason? _____

Judgment ___ In whose favor? ____ N/A ____

Pending ___ Current status? _____

Other ___ Explain _____

Appeal filed? ___ Current status? _____

**Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

## IV. ADMINISTRATIVE REMEDIES

*Instructions:*

Provide the information requested below if there is an **administrative procedure** to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If **no** administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)
N/A

Authority for procedure. (DC-ADM, inmate handbook, etc.)
N/A

Formal or informal procedure. N/A

Who conducts the initial review? N/A

What additional review and appeals are available? N/A

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? N/A

What action did you ask prison authorities to take? N/A

What response did you receive to your request? N/A

What further review did you seek and on what dates did you file the requests?

What responses did you receive to your requests for further review?

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.
This Civil Lawsuits is only a Court Matter Prison Authority will not assist Plaintiff Lawsuit

Page 3

the wall, He then arrested us both on that I was being held in the Philadelphia County Jail.

I was not allowed to call or talk to a Lawyer. Ever Since I was arrested my Life isn't the Same, I was accused of a crime I didn't commit. False Charges was used against me. False Arrest and False Imprisonment and intentional infliction of emotional distress.

On October 9th 2003. Commonwealth eventually discharged the police report. Officer and Detective Received No punish Like I did. And this Live with me.

## V. STATEMENT OF CLAIM

*Instructions:*

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

*Statement of claim:*

ON July 9th 03, Approx 7:00pm, I David Brown, plaintiff was on my way to a over night shelter called Sunday Breakfast Located at 13th and Vine Street in Philadelphia Pennsylvania. The shelter had a 6:00 curfew for it's residents, that very night, I arrived at 13th & Spring Garden St. around 5:30pm. I decided to stop at the corner store to pick up a few items before heading on, while in the store, I met this person who was staying at the same place, he ask me to ~~buy~~ Loan him some changes to buy candy, which I did. He Left the store, some persons was standing on the Next corner, As I reached him, we Started talking. Then a Block & half a police CAR raced towards us slammed his Breaks and ordered us against →

See Seporate Sheet.

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

*Relief sought:*

This officer MARIANO #6458 and Detective Seymour. Filed False Charge. And False Statement. Payment of Damage by intentional infliction of emotional distress. I was convicted on New Charges and connected to False charge's statement. I want this court to stop the abuse of my rights. I'm being ~~push~~ punished by the police.

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

03-09-05
DATE

David J. Brown
SIGNATURE OF PLAINTIFF(S)